**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 4:06cr00533-003** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **LEROY ALLEN HILL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter was heard on December 19, 2012, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of his supervised release. The defendant was present and represented by Attorney Neal Atway.

The violation report was referred to Magistrate Judge George Limbert for a Report and Recommendation which was issued on November 30, 2012. No objections were filed by either plaintiff or defendant. The Court adopted the Report and Recommendation of the Magistrate Judge and found the following terms of supervision had been violated:

      1) two new law violations on April 24, 2009;

      2) criminal association;

      3) leaving district without permission.

The Court considered statements from counsel for the parties and the supervising officer. The Court found the most serious violation to be a Grade A, defendant's Criminal History Category to be I and considered all factors in Sec. 3553 prior to imposing sentence.

Defendant sentenced to a one month period of incarceration with credit for time served of one month. Defendant's period of federal supervised release was terminated as defendant will be under post-release control pursuant to a case in Pennsylvania.

**IT IS SO ORDERED.**

Dated: December 19, 2012            *s/    James S. Gwin*
                                    JAMES S. GWIN
                                    UNITED STATES DISTRICT JUDGE